THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
*v.* MICHAEL SCHLAGEL, Respondent.

*Conservation Law — fish and game — action to recover penalty for having fish nets in possession.*

People v. *Schlagel,* 210 App. Div. 323, affirmed.
(Argued May 8, 1925; decided June 2, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 1, 1924, sustaining defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, and granting a motion for a new trial in an action to recover from defendant a penalty under the provisions of section 182 of the Conservation Law for having fish nets in his possession within 300 feet of inland waters.

*Albert Ottinger, Attorney-General (John O. Bates* of counsel), for appellant.

*George D. Forsyth* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of CLARK, J., below.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.